AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RONNY LEE FAIN,

              Petitioner,              **JUDGMENT IN A CIVIL CASE**

    V.

                                CASE NUMBER:   **3:09-CV-00169-RCJ-WGC**

JACK PALMER, et al.,

              Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus (#6) is **DENIED IN ITS ENTIRETY**.
    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

    September 25, 2012                           **LANCE S. WILSON**
                                              Clerk

                                     /s/ D. R. Morgan
                                           Deputy Clerk